ACCEPTED
06-16-00021-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/17/2016 11:28:08 AM
DEBBIE AUTREY
CLERK

No. 06-16-00021-CV

In the

Sixth Court of Appeals

Houston, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/17/2016 11:28:08 AM
DEBBIE AUTREY
Clerk

BP AUTOMOTIVE LP D/B/A BOSSIER DODGE,
*Appellant*,

v.

RML WAXAHACHIE DODGE, LLC, RLJ-MCLARTY LANDERS AUTOMOTIVE HOLDINGS, LLC, RML WAXAHACHIE FORD, LLC, RML WAXAHACHIE GMC, LLC
*Appellee*.

On Appeal from the 87th District Court,
Freestone County, Texas (No. 10-030-B)
The Hon. J. Deborah Oakes Evans, Presiding

APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME

Blake L. Beckham
State Bar No. 02016500
Sarita A. Smithee
State Bar No. 2405254
THE BECKHAM GROUP, P.C.
3400 Carlisle, Suite 500
Dallas, Texas 75204
Telephone: 214-965-9300
Facsimile: 214-965-9301

**ATTORNEYS FOR APPELLEES**

TO THE HONORABLE COURT:

Appellees RML Waxahachie Dodge, LLC, RLJ-McLarty-Landers Automotive Holdings, LLC, RML Waxahachie Ford, LLC, and RML Waxahachie GMC, LLC (collectively "Appellees") respectfully request under Texas Rule of Appellate Procedure 10.5(b) that the Court grant a 45-day extension of time to file Appellees' brief in the above-captioned matter.

Appellees' brief is currently due July 1, 2016.

Appellees request an extension of the briefing deadline of due to imminent arbitration hearings and briefing before a state supreme court.

If the requested extension is granted, Appellees' brief will be due on August 15, 2016, 45 days from the current filing deadline for Appellees' brief.

This is Appellees' first request for an extension.

Appellees' counsel has spoken to Appellant's counsel about this motion and Appellant's counsel, Kevin Terrazas, is not opposed to this motion.

Dated: June17, 2016

Respectfully submitted,

/s/ Blake L. Beckham

_____

Blake L. Beckham
State Bar No. 02016500
Sarita A. Smithee
State Bar No. 2405254
THE BECKHAM GROUP, P.C.
3400 Carlisle, Suite 500
Dallas, Texas 75204
Telephone: 214-965-9300
Facsimile: 214-965-9301

ATTORNEYS FOR APPELLEES

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that counsel for Appellees has conferred with counsel for Appellant, and counsel for Appellant does not oppose the relief requested herein.

/s/ Blake L. Beckham

_____

Blake L. Beckham

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2016, a true and correct copy of the foregoing was filed electronically and that notice of this filing was sent to all parties by operation of the Court's electronic filing system as follows:

/s/ Blake L. Beckham

_____

Blake L. Beckham

Kevin J. Terrazas
State Bar No. 24060708
Timothy A. Cleveland
State Bar No. 24055318
CLEVELAND | TERRAZAS PLLC
4611 Bee Cave Rd, # 306B
Austin, Texas 78746
512-680-3257

I:\RLJ\Appeal\Pleadings 06-16-00021\motion_for_extension_061616.rtf

4